IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10955
Conference Calendar
_____


STANLEY J. STEVENS,

                                    Plaintiff-Appellant,

versus

ALAN DOLBERG; CAGEL, Lt.; HAMPTON, Lt.;
WILKERSHINE, Sgt.; WOODS, Officer; BROWN, Officer,

                                    Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:95-CV-155
- - - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Stevens appeals the dismissal of his action under 42 U.S.C.

§ 1983 for failure to prosecute under Fed. R. Civ. P. 41(b).

Stevens does not specifically raise or brief an issue relating to

the basis of the district court's dismissal under Rule 41(b),

other than to state that he did supplement the record with three

additional copies of his complaint and was not required to

produce six copies because he allegedly "did not know."

_____

     [*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

We have reviewed the record and the district court's opinion and find no reversible error. Further, we find that Stevens' appeal is frivolous, and accordingly, we DISMISS it pursuant to 5th Cir. R. 42.2. Stevens was warned in <u>Stevens v. Hay's Pharmacy</u>, No. 95-10119 (5th Cir. Apr. 14, 1995) that filing future frivolous appeals would result in disciplinary sanctions. Accordingly, Stevens is hereby sanctioned in the amount of $100, and he is BARRED from filing any <u>pro</u> <u>se</u>, <u>in</u> <u>forma</u> <u>pauperis</u>, civil appeal in this court, or any <u>pro</u> <u>se</u>, <u>in</u> <u>forma</u> <u>pauperis</u>, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Stevens, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTIONS IMPOSED.